FILED

2017 SEP -8  PM 4: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | ED CR **EDCR-17-175-**SJO |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1028(a)(7): Unlawful Transfer, Possession, and Use of a Means of Identification; 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A): Unauthorized Access to Obtain Information from a Protected Computer] |
| RICHARD ESPINOZA BELTRAN, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. § 1028(a)(7)]

On or about October 11, 2012, in San Bernardino County, within the Central District of California, defendant RICHARD ESPINOZA BELTRAN, knowingly and intentionally transferred, possessed, and used, without lawful authority, the following means of identification, in and affecting interstate and foreign commerce, knowing that the means of identification belonged to another actual person, with the intent to commit, to aid and abet the commission of,

///

1  and in connection with the commission of a violation of Federal law,

2  namely, Unauthorized Access to a Protected Computer to Obtain

3  Information, in violation of Title 18, United States Code, Section

4  1030(a)(2)(C), as charged in the following counts of this Indictment:

| COUNT | MEANS OF IDENTIFICATION | PREDICATE COUNT |
| --- | --- | --- |
| ONE | The email username and password of R.B. | NINETEEN |
| TWO | The email username and password of R.M. | TWENTY |
| THREE | The email username and password of C.R. | TWENTY-ONE |
| FOUR | The email username and password of D.P. | TWENTY-TWO |
| FIVE | The email username and password of M.F. | TWENTY-THREE |

COUNTS SIX THROUGH TWENTY-SIX

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A)]

On or about the dates set forth below, in San Bernardino County, within the Central District of California, and elsewhere, defendant RICHARD ESPINOZA BELTRAN intentionally accessed without authorization a computer, and thereby obtained information, as set forth below, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2), namely, the email server of the City of Montclair, California:

| COUNT | DATE | INFORMATION OBTAINED |
|---|---|---|
| SIX | September 10, 2012 | Emails from the accounts of R.B. |
| SEVEN | September 10, 2012 | Emails from the accounts of R.M. |
| EIGHT | September 10, 2012 | Emails from the accounts of C.R. |
| NINE | September 24, 2012 | Emails from the accounts of D.P. |
| TEN | September 24, 2012 | Emails from the accounts of C.R. |
| ELEVEN | September 24, 2012 | Emails from the accounts of M.F. |
| TWELVE | September 25, 2012 | Emails from the accounts of R.M. |
| THIRTEEN | September 25, 2012 | Emails from the accounts of D.P. |
| FOURTEEN | September 25, 2012 | Emails from the accounts of C.R. |
| FIFTEEN | October 5, 2012 | Emails from the accounts of R.M. |
| SIXTEEN | October 5, 2012 | Emails from the accounts of R.B. |
| SEVENTEEN | October 5, 2012 | Emails from the accounts of D.P. |
| EIGHTEEN | October 5, 2012 | Emails from the accounts of M.F. |
| NINETEEN | October 11, 2012 | Emails from the accounts of R.B. |
| TWENTY | October 11, 2012 | Emails from the accounts of R.M. |
| TWENTY-ONE | October 11, 2012 | Emails from the accounts of C.R. |
| TWENTY-TWO | October 11, 2012 | Emails from the accounts of D.P. |
| TWENTY-THREE | October 11, 2012 | Emails from the accounts of M.F. |

| COUNT | DATE | INFORMATION OBTAINED |
|-------|------|----------------------|
| TWENTY-FOUR | October 12, 2012 | Emails from the accounts of C.R. |
| TWENTY-FIVE | October 12, 2012 | Emails from the accounts of R.M. |
| TWENTY-SIX | October 12, 2012 | Emails from the accounts of R.B. |

A TRUE BILL

/S/
_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption
and Civil Rights Section

THOMAS D. STOUT
Assistant United States Attorney
Public Corruption and Civil
Rights Section